Antoinne STEWART,
Employee/Appellant,

v.

SOUTHWESTERN BELL
TELEPHONE, Employer/Respondent,

and

Division of Employment Security,
Respondent.

No. ED 101366 and ED 101323

Missouri Court of Appeals
Eastern District
DIVISION FIVE

Filed: November 25, 2014

Rehearing Denied December 30, 2014

John J. Ammann, St. Louis University Legal Clinic, 10 N. Tucker Blvd., St. Louis, Missouri 63101, for Appellant.

Christine K. Lesicko, P.O. Box 59, Jefferson City, Missouri 65104, for Respondent Division of Employment Security.

Paula Finlay, 909 Chestnut, Room 3550, St. Louis, Missouri 63101, for Respondent Southwestern Bell Telephone.

Before Angela T. Quigless, C.J., Patricia L. Cohen, J., and Lisa S. Van Amburg, J.

*ORDER*

PER CURIAM

Employee Antoinne Stewart appeals the order of the Labor and Industrial Relations Commission ("Commission") determining that he is ineligible for employment benefits. We affirm the Commission's order.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).